No. 886. SYLVANIA INDUSTRIAL CORP. *v.* VISKING CORPORATION. May 3, 1943. Dismissed on motion of counsel for the petitioner. *Messrs. Lawrence Bristol* and *Leonard A. Watson* for petitioner.

No. 963. MISSOURI-KANSAS PIPE LINE Co. *v.* UNITED STATES ET AL. May 3, 1943. Dismissed on motion of counsel for the appellant. *Mr. Arthur G. Logan* for appellant. *Mr. James B. Alley* for appellees.

No. 794. GREEN, DOING BUSINESS AS GREEN VACUUM CLEANER Co., *v.* ELECTRIC VACUUM CLEANER Co., INC. May 17, 1943. Dismissed on motion of counsel for the petitioner. *Messrs. Merritt A. Vickery* and *Earl William Aurelius* for petitioner. *Messrs. John F. Oberlin* and *L. C. Spieth* for respondent.

No. 830. BRADY, ADMINISTRATRIX, *v.* SOUTHERN RAILWAY Co. May 3, 1943. It appearing that the judgment of the Supreme Court of North Carolina is a final judgment in view of the decisions of that Court called to our attention by the petition for rehearing, *Tussey* v. *Owen*, 147 N. C. 335, 337, 61 S. E. 180; *Hollingsworth* v. *Skelding*, 142 N. C. 246, 253, 55 S. E. 212, the petition for rehearing is granted and the order denying a writ of certiorari, 318